# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Subpoena to NATIONAL TELECOMMUNICATIONS AND INFORMATION ADMINISTRATION ) ) ) ) ) CITYNET, LLC, on behalf of the United States of America, ) ) ) Plaintiff/Relator, ) ) v. ) ) FRONTIER WEST VIRGINIA INC., et al. ) Defendants. ) ) | Misc. No.: 19mc040 (RDM) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of Darrell C. Valdez, Assistant United States Attorney, as co-counsel of record for Respondent, Department of Commerce ("DOC") National Telecommunications and Information Administration ("NTIA"), in the above-captioned miscellaneous enforcement matter. Assistant United States Attorney Benton Peterson remains counsel of record.

Dated: June 7, 2022                          Respectfully Submitted,


                                              /s/ *Darrell C. Valdez*
                                              DARRELL C. VALDEZ,
                                              D.C. Bar No. 420232
                                              Assistant United States Attorney
                                              Civil Division
                                              555 Fourth Street, N.W.
                                              Washington, D.C. 20530
                                              Phone: (202) 252-2507
                                              Darrell.Valdez@usdoj.gov